IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES RUDOLPH,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION No. 24-00267-KD-C** |
| | ) |
| **1PROFENCE,** | ) |
|     **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated March 14, 2025, (Doc. 29), is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's Motion to Dismiss Counterclaim, (Doc. 21), is **GRANTED**. Defendant 1 Pro Fence's counterclaim demanding "judgment against Plaintiff James Rudolph in the amount of $913, plus pre-judgment interest from the dates of the breach of the agreements," (Doc. 16 at 7), is **DISMISSED**.

**DONE** and **ORDERED** this **2nd day** of **April 2025.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**